IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 0 9 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | CASE NO. 5:24CR00460 |
| | ) | Title 18, United States Code, |
| ALEXANDER BEATTIE, | ) | Sections 922(a)(1)(A), 922(g)(1), |
| | ) | 923(a), 924(a)(1)(D), 924(a)(2), |
| | ) | 2252A(a)(5)(B) and (b)(2); Title |
| Defendant. | ) | 26, United States Code, Sections |
| | ) | 5861(a), 5861(f) and 5871 |

COUNT 1
(Engaging in the Business of Dealing Firearms without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

The United States Attorney charges:

1. From on or about February 1, 2024 to on or about November 4, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER BEATTIE, not being a licensed dealer or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT 2
(Engaging in the Business of Manufacturing and Dealing Firearms Without a License, 26 U.S.C. §§ 5861(a) and 5871)

The United States Attorney further charges:

2. From on or about February 1, 2024 to on or about November 4, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER BEATTIE, knowingly

engaged in the business of manufacturing and dealing in firearms, as defined in Title 26, United States Code, Sections 5845(a)(3), without having paid the special occupational tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, in violation of Title 26, United States Code, Sections 5861(a) and 5871.

COUNT 3
(Manufacturing a Firearm Without a License, 26 U.S.C. §§ 5861(f) and 5871)

The United States Attorney further charges:

3.   On or about September 27, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER BEATTIE, knowingly made a firearm, to wit: a silencer, as defined in Title 26, United States Code, Sections 5845(a)(7), without having paid the special occupational tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, in violation of Title 26, United States Code, Sections 5861(f) and 5871.

COUNT 4
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The United States Attorney further charges:

4.   On or about November 4, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER BEATTIE knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about July 21, 2011, in the Wayne County Court of Common Pleas in Case Number 11-CR-0134 and Domestic Violence, on or about July 25, 2018, in the Wayne County Court of Common

Pleas in Case Number 2018-CRB-488, knowingly possessed in and affecting interstate commerce ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>COUNT 5</u>
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

The United States Attorney further charges:

5. On or about November 4, 2024, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER BEATTIE did knowingly possess a Black I-phone, a Black HP Laptop (Serial Number: CND6393PG7), four USB flash drives, five hard drives, and one Micro SD card that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

<u>FORFEITURE</u>

The United States Attorney further charges:

6. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ALEXANDER BEATTIE shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the firearms

violations charged herein and all firearms used in violation of the unregistered firearms violation charged herein.

                                                CAROL M. SKUTNIK
                                                Acting United States Attorney

By: *[signature: Dd M. T]*
                                                David M. Toepfer, Chief
                                                Akron & Youngstown Branch